CHIEF JUSTICE
CAROLYN WRIGHT
JUSTICES
DAVID L. BRIDGES
MOLLY FRANCIS
DOUGLAS S. LANG
ELIZABETH LANG-MIERS
ROBERT M. FILLMORE
LANA MYERS
DAVID EVANS
DAVID LEWIS
ADA BROWN
CRAIG STODDART
BILL WHITEHILL
DAVID J. SCHENCK



**Court of Appeals**
**Fifth District of Texas at Dallas**
600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
lisa.matz@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
HTTP://5TH.TXCOURTS.GOV

March 11, 2015

Honorable Dominique Collins
Presiding Judge
Criminal District Court No. 4
Frank Crowley Courts Building
133 N. Riverfront Blvd., LB-41
Dallas, TX 75207

Re:     **STATUS INQUIRY**
        05-14-01092/01093-CR,  Lenward Goree v. The State of Texas

Dear Judge Collins:

On January 20, 2015, this Court ordered the trial court to make findings regarding why the clerk's records have not been filed in these appeals, as well as to make other findings regarding the trial court proceedings.  A copy of the order is enclosed.  To date, we have not received the findings or the clerk's records.  Therefore, please notify us of the status of the  findings within **TEN DAYS** of the date of this letter.  We appreciate your attention to this matter.

Sincerely,

/s/     Lisa Matz, Clerk

cc:     Felicia Pitre, Dallas County District Clerk
        Leonard Goree
        Lori Ordiway

ltr:mrh